JS-6

# United States District Court
# Central District of California

THAIEESHA SANDERS,

    Plaintiff,

v.

SAM'S WEST INC., et al.,

    Defendants.

Case No. 2:20-cv-07468-VAP-Ex

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: September 28, 2021

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

1